Joseph Gluckman, Appellant, *v.* Anthony Froehlich et al., Respondents.

Submitted April 11, 1955; decided April 14, 1955.

908

*Marita A. Kelly* for motion.

*Henderson Morrison, Jr.,* opposed.

Motion granted and case set down for argument during the May, 1955, session of the Court of Appeals.